An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

IN THE SUPREME COURT OF THE STATE OF NEVADA

VERNON SMITH, M.D.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
KENNETH C. CORY, DISTRICT
JUDGE,
Respondents,
 and
JOSEPH KOTLYN, INDIVIDUALLY
AND AS SPECIAL ADMINISTRATOR
OF THE ESTATE OF AMADA KOTLYN;
AND MICHELLE BURNETT,
INDIVIDUALLY,
Real Parties in Interest.

No. 63729

**FILED**

MAY 2 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DENYING PETITION*

This original petition for a writ of mandamus challenges a district court order extending the time for service of process under NRCP 4(i) and authorizing service by publication in the underlying tort action. The challenged order was entered in response to an order of this court granting in part a prior petition for a writ of mandamus in the same underlying district court action. *Smith v. Eighth Judicial Dist. Court,* Docket No. 59300 (Order Granting in Part Petition for Writ of Mandamus, November 29, 2012).

A writ of mandamus is available to compel the performance of an act that the law requires as a duty resulting from an office, trust, or

15-16379

station or to control an arbitrary or capricious exercise of discretion. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). Petitioner bears the burden of demonstrating that writ relief is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004).

Having considered petitioner's arguments and the documents before us, we conclude that our intervention by way of extraordinary relief is not warranted. Accordingly, we deny the petition. NRAP 21(b)(1); *Smith v Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (issuance of a writ of mandamus is purely discretionary with this court).

It is so ORDERED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. Kenneth C. Cory, District Judge
      Holley, Driggs, Walch, Puzey & Thompson/Las Vegas
      John H. Cotton & Associates, Ltd.
      Law Office of Arthur W. Tuverson
      E. Brent Bryson
      Eighth District Court Clerk